IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CAROLYN R. EGGLESTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:12-cv-00043 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner of Social | ) | Senior United States District Judge |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R & R") of Hon. B. Waugh Crigler recommending that I grant Defendant's Motion for Summary Judgment [ECF No. 16], deny Plaintiff's Motion for Summary Judgment [ECF No. 14], and dismiss the case. Plaintiff filed timely Objections [*see* ECF No. 19], to which Defendant did not respond. For the reasons stated in the accompanying Memorandum Opinion, I hereby **OVERRULE** Plaintiff's Objections, **ADOPT** Judge Crigler's R & R, **DENY** Plaintiff's Motion for Summary Judgment, **GRANT** Defendant's Motion for Summary Judgment, and **DISMISS** this case from the active docket of the Court.

The clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to all counsel of record and to Magistrate Judge Crigler.

Entered this 23rd day of September, 2013.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE